OFFICE OF THE COUNTY COUNSEL
Katharine L. Elliott, County Counsel (SBN: 135253)
Trevor J. Koski, Assistant County Counsel (SBN: 250230)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Tel: (530) 265-1319 Fax: (530) 265-9840
E-Mail: county.counsel@nevadacountyca.gov

Attorneys for Defendant
NEVADA COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES S. GRILL INDIVIDUALLY AND TRUSTEE SISTERS OF ST. PATRICK OF CALIFORNIA REVOKABLE TRUST<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA COUNTY, COUNTY OF NEVADA CODE COMPLIANCE DIVISION: MATTHEW KELLY IN HIS OFFICIAL CAPACITY; DAVID KOPP IN HIS OFFICIAL CAPACITY and DOES 1-20,<br><br>Defendants. | Case No. 2:25CV1374-DJC-CKD (PS)<br><br>**STIPULATION AND ORDER**<br><br>Case Filed:   May 14, 2025<br>Trial Date:    None Set<br><br>Judge:    Magistrate Carolyn K. Delaney |

WHEREAS, Plaintiff James S. Grill filed this action on May 14, 2025, asserting claims under 42 U.S.C. § 1983 and related state law;

WHEREAS, Plaintiff served the County of Nevada on May 19, 2025;

WHEREAS, the County has reviewed the Complaint and spoken to Plaintiff;

WHEREAS, prior to engaging in costly and time-consuming litigation, the Parties wish to engage in early settlement discussions;

WHEREAS, the Parties believe that such discussions may help narrow the legal and factual issues in dispute, or potentially lead to dismissal of the action without the need for further litigation;

WHEREAS, the Parties further agree that a brief stay of proceedings, for 45 calendar days, would promote efficiency and conserve the resources of both the Court and the Parties;

WHEREAS, the Parties agree that if at any time during the 45 calendar days negotiations breakdown and either party wishes to proceed, the Parties will jointly file a notice to the Court requesting the stay be lifted.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through the undersigned, as follows:

All proceedings in this matter, including any deadlines to respond to the Complaint, are stayed for a period of 45 days from the date of entry of this Order.

The Parties shall file a joint status report on or before the date the stay lifts advising the Court of the status of settlement efforts and proposing next steps.

IT IS SO STIPULATED.

Dated: May 20, 2025                     On behalf of Defendant, County of Nevada

                                        By: __
                                        _____
                                        TREVOR J. KOSKI
                                        Assistant County Counsel
                                        Attorneys for COUNTY OF NEVADA


Dated: May 20, 2025                     On behalf of Plaintiff, James S. Grill

                                        By:
                                        _____
                                        JAMES S. GRILL
                                        Plaintiff, in pro per

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby ORDERS as follows:

All proceedings in this matter are stayed for 45 days from the date of this Order.

The parties shall file a joint status report on or before the date the stay is lifted indicating whether the matter has been resolved or proposing a schedule for continued litigation.

IT IS SO ORDERED.

Dated: May 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE