```
OFFICE OF THE COUNTY COUNSEL
Katharine L. Elliott, County Counsel (SBN: 135253)
Trevor J. Koski, Assistant County Counsel (SBN: 250230)
Jennifer R. Walters, Deputy County Counsel (189361)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Tel: (530) 265-1319 Fax: (530) 265-9840
E-Mail: county.counsel@nevadacountyca.gov
```

Attorneys for Defendant
NEVADA COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES S. GRILL INDIVIDUALLY AND TRUSTEE SISTERS OF ST. PATRICK OF CALIFORNIA REVOKABLE TRUST<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA COUNTY, COUNTY OF NEVADA CODE COMPLIANCE DIVISION: MATTHEW KELLY IN HIS OFFICIAL CAPACITY; DAVID KOPP IN HIS OFFICIAL CAPACITY and DOES 1-20,<br><br>Defendants. | Case No. 2:25CV1374-DJC-CKD (PS)<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Case Filed:     May 14, 2025<br>Trial Date:     None Set<br><br>Judge:   Magistrate Carolyn K. Delaney |

Plaintiff James S. Grill and Defendant County of Nevada (together, "the Parties") jointly submit this status report pursuant to the Court's prior order staying proceedings.

The Parties have continued to meet and engage in discussions regarding potential settlement of this matter. They believe they are close to reaching an agreement but require additional time to finalize terms. The Parties require an additional 30 days, to continue these discussions and work toward resolution.

Accordingly, the Parties respectfully request that the stay be continued through August 15, 2025. The Parties will submit a further joint status report on or before August 15, 2025, advising the Court of the status of settlement efforts and proposing next steps. A proposed order is submitted herewith for the Court's consideration.

1 | Dated: July 18, 2025 | On behalf of Defendant, County of Nevada

By:

_____
JENNIFER R. WALTERS
Deputy County Counsel
Attorneys for COUNTY OF NEVADA

Dated: July 18, 2025 | On behalf of Plaintiff, James S. Grill

By:

_____
JAMES S. GRILL
Plaintiff, in pro per

[~~PROPOSED~~] ORDER

Pursuant to the parties' joint status report, and good cause appearing, the Court hereby ORDERS as follows:

All proceedings in this matter are stayed through August 15, 2025.

The Parties shall file a further joint status report on or before August 15, 2025, advising the Court of the status of settlement efforts and proposing next steps.

IT IS SO ORDERED.

Dated:  July 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, gril.1374.25