OFFICE OF THE COUNTY COUNSEL
Katharine L. Elliott, County Counsel (SBN: 135253)
Trevor J. Koski, Assistant County Counsel (SBN: 250230)
Jennifer R. Walters, Deputy County Counsel (189361)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Tel: (530) 265-1319 Fax: (530) 265-9840
E-Mail: county.counsel@nevadacountyca.gov

Attorneys for Defendant
NEVADA COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES S. GRILL INDIVIDUALLY AND TRUSTEE SISTERS OF ST. PATRICK OF CALIFORNIA REVOKABLE TRUST<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA COUNTY, COUNTY OF NEVADA CODE COMPLIANCE DIVISION: MATTHEW KELLY IN HIS OFFICIAL CAPACITY; DAVID KOPP IN HIS OFFICIAL CAPACITY and DOES 1-20,<br><br>Defendants. | Case No. 2:25CV1374-DJC-CKD (PS)<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Case Filed:  May 14, 2025<br>Trial Date:   None Set<br><br>Judge:   Magistrate Carolyn K. Delaney |

Plaintiff James S. Grill and Defendant County of Nevada (together, "the Parties") jointly submit this status report pursuant to the Court's prior order staying proceedings.

The Parties have continued to meet and engage in discussions regarding potential settlement of this matter. They believe they are close to reaching an agreement but require additional time to finalize terms, including bringing the proposed settlement terms into closed session before the Board of Supervisors, which will occur on September 9. The Parties require an additional 30 days to continue these discussions and work toward resolution.

Accordingly, the Parties respectfully request that the stay be continued through September

15, 2025. The Parties will submit a further joint status report on or before September 15, 2025, advising the Court of the status of settlement efforts and proposing next steps. A proposed order is submitted herewith for the Court's consideration.

Dated: August 15, 2025                           On behalf of Defendant, County of Nevada

                                By: _____
                                    TREVOR J. KOSKI
                                    Assistant County Counsel
                                    Attorneys for COUNTY OF NEVADA

Dated: August 15, 2025                           On behalf of Plaintiff, James S. Grill

                                By: _____
                                    JAMES S. GRILL
                                    Plaintiff, in pro per

2
Status Report and Proposed Order

[~~PROPOSED~~] ORDER

Pursuant to the parties' joint status report, and good cause appearing, the Court hereby ORDERS as follows:

All proceedings in this matter are stayed through September 15, 2025.

The Parties shall file a further joint status report on or before September 15, 2025, advising the Court of the status of settlement efforts and proposing next steps.

IT IS SO ORDERED.

Dated:  August 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, gril.1374.25