OFFICE OF THE COUNTY COUNSEL
Katharine L. Elliott, County Counsel (SBN: 135253)
Trevor J. Koski, Assistant County Counsel (SBN: 250230)
Jennifer R. Walters, Deputy County Counsel (189361)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Tel: (530) 265-1319 Fax: (530) 265-9840
E-Mail: county.counsel@nevadacountyca.gov

Attorneys for Defendant
NEVADA COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES S. GRILL INDIVIDUALLY AND TRUSTEE SISTERS OF ST. PATRICK OF CALIFORNIA REVOKABLE TRUST<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA COUNTY, COUNTY OF NEVADA CODE COMPLIANCE DIVISION: MATTHEW KELLY IN HIS OFFICIAL CAPACITY; DAVID KOPP IN HIS OFFICIAL CAPACITY and DOES 1-20,<br><br>Defendants. | Case No. 2:25CV1374-DJC-CKD (PS)<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Case Filed:   May 14, 2025<br>Trial Date:    None Set<br><br>Judge:    Magistrate Carolyn K. Delaney |

Plaintiff James S. Grill and Defendant County of Nevada (together, "the Parties") jointly submit this status report pursuant to the Court's prior order staying proceedings.

The Parties have continued to meet and engage in discussions regarding potential settlement of this matter. They believe they have reached an agreement in principle, but require additional time to reduce their agreement to writing and execute the settlement document. The Parties require an additional 21 days to execute the agreement and file it with the Court.

Accordingly, the Parties respectfully request that the stay be continued through October 6, 2025. The Parties will submit either a further joint status report or a settlement agreement on or

before October 6, 2025, advising the Court of the status of settlement efforts and proposing next steps. A proposed order is submitted herewith for the Court's consideration.

Dated: September 15, 2025　　　　　　　　　　On behalf of Defendant, County of Nevada

By: _____
　　TREVOR J. KOSKI
　　Assistant County Counsel
　　Attorneys for COUNTY OF NEVADA

Dated: September 15, 2025　　　　　　　　　　On behalf of Plaintiff, James S. Grill

By: _____
　　JAMES S. GRILL
　　Plaintiff, in pro per

[~~PROPOSED~~] ORDER

Pursuant to the parties' joint status report, and good cause appearing, the Court hereby ORDERS as follows:

All proceedings in this matter are stayed through October 6, 2025.

The Parties shall file a further joint status report or an executed settlement agreement on or before October 6, 2025, advising the Court of the status of settlement efforts and proposing next steps.

IT IS SO ORDERED.

Dated:  September 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE