OFFICE OF THE COUNTY COUNSEL
Katharine L. Elliott, County Counsel (SBN: 135253)
Trevor J. Koski, Assistant County Counsel (SBN: 250230)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Tel: (530) 265-1319 Fax: (530) 265-9840
E-Mail: county.counsel@nevadacountyca.gov

Attorneys for Defendant
NEVADA COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES S. GRILL INDIVIDUALLY AND TRUSTEE SISTERS OF ST. PATRICK OF CALIFORNIA REVOKABLE TRUST<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA COUNTY, COUNTY OF NEVADA CODE COMPLIANCE DIVISION: MATTHEW KELLY IN HIS OFFICIAL CAPACITY; DAVID KOPP IN HIS OFFICIAL CAPACITY and DOES 1-20,<br><br>Defendants. | Case No. 2:25CV1374-DJC-CKD (PS)<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Case Filed:      May 14, 2025<br>Trial Date:       None Set<br><br>Judge:     Magistrate Carolyn K. Delaney |

Plaintiff James S. Grill and Defendant County of Nevada (together, "the Parties") jointly submit this status report pursuant to the Court's prior order staying proceedings.

The Parties have reached a settlement agreement, which is attached hereto. The agreement provides that Plaintiff has sixty days to file a notice of dismissal. The Parties ask the court to stay the case until December 8, 2025, or until Plaintiff files a notice of dismissal.

Dated: October 3, 2025            On behalf of Defendant, County of Nevada

By: __
_____
TREVOR J. KOSKI
Assistant County Counsel
Attorneys for COUNTY OF NEVADA

Dated: October 3, 2025            On behalf of Plaintiff, James S. Grill

By:
_____
JAMES S. GRILL
Plaintiff, in pro per

[PROPOSED] ORDER

Pursuant to the parties' joint report, and good cause appearing, the Court hereby ORDERS as follows:

All proceedings in this matter are stayed through December 8.

The Plaintiff shall dismiss the case, or the parties shall file a further joint status report, on or before December 8, 2025.

IT IS SO ORDERED.

Dated:  October 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE